UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sarah Savinsky,      Case No. 3:19-cv-1767

      Plaintiff

  v.      MEMORANDUM OPINION
            AND ORDER

Commissioner of Social Security,

      Defendant

Before me is the Report and Recommendation of Magistrate Judge Thomas M. Parker filed on May 8, 2020.  (Doc. No. 14).  Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2).  In this case, the fourteen-day period has elapsed, and no objections have been filed.

Following review of Judge Parker's R & R, I adopt it in its entirety as the Order of the Court.  I agree that the ALJ applied proper legal standards in evaluating Plaintiff's Residual Functional Capacity ("RFC") and deciding not to include a leg-propping limitation in the RFC.  Because of this and because the decision is supported by substantial evidence, I hereby affirm the Commissioner's final decision denying Plaintiff's DIC and SSI applications.

So Ordered.

                                                          s/ Jeffrey J. Helmick
                                                          United States District Judge